RICHARDS, Respondent, *v.* RICHARDS, Appellant.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*John A. Anderson,* for appellant. *Frank E. Blackwell,* for respondent.
No opinion. On appellant's paying $10 costs of motion, and stipulating to argue at next term of court, motion denied.

---

ROSEBERRY, Respondent, *v.* NIXON, Appellant.

*(Supreme Court, General Term, First Department.* May 9, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Edward Bartlett,* for appellant. *Cornelius Fisk,* for respondent.
No opinion. On payment of $10 costs, motion denied.

---

MULLER *v.* POST.

*(Supreme Court, General Term, First Department.* May 16, 1890**.)**

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. On payment of $10 costs, motion denied.

---

STEIN *et al.,* Appellants, *v.* LEVY *et al.,* Respondents.

*(Supreme Court, General Term, First Department.* May 16, 1890.)

Appeal from an order of the special term permitting the interposition of a supplemental answer without imposing terms. For former reports, see 8 N. Y. Supp. 505, 934.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Benno Loewy,* for appellants. *Mr. Fromme,* for respondents.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements.

---

*In re* ARMSTRONG *et al.*

*(Supreme Court, General Term, First Department.* May 23, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and BARTLETT, JJ.
No opinion. Appeal dismissed for want of findings.

---

HUBBARD *et al. v.* HAY *et al.*

*(Supreme Court, General Term, First Department.* May 23, 1890.)

Argued before VAN BRUNT, P. J., and BRADY and. DANIELS, JJ.
No opinion. Motion granted upon appellants' paying $10 term fees, and $10 costs of motion, and stipulating to serve cause in 30 days, and to argue appeal in October.